**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

**CASE NO. 12-CV-61738-SCOLA/SNOW**

KEYBANK NATIONAL ASSOCIATION,

    Plaintiff,

vs.

*M/V WHITE PEARL*, Official Number 1213342, her
engines, tackle, furniture, apparel, appurtenances, etc.,
*in rem,* and DANNY M. KEYSER, individually, *in personam,*

    Defendants.
_____/

**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE; ORDER DIRECTING THE U.S. MARSHAL TO RELEASE VESSEL FROM ARREST; AND ORDER AUTHORIZING STROUP & MARTIN, P.A. TO DISPENSE SETTLEMENT FUNDS FROM ITS TRUST ACCOUNT**

THIS MATTER is before the Court on the Joint Stipulation for Voluntary Dismissal Without Prejudice [ECF No. 20]. Upon consideration, and in view of the fact that the parties have amicably resolved this matter, it is hereby **ORDERED and ADJUDGED** as follows:

    1. The Joint Stipulation for Voluntary Dismissal Without Prejudice is **GRANTED**.

    2. This action is hereby **DISMISSED** without prejudice.

    3. Defendant, Danny M. Keyser, stipulated to paying KeyBank National Association the sum of $9,718.30 to pay or reimburse KeyBank's attorneys' fees, court costs, U.S. Marshal's expenses and Substitute Custodian's expenses relating to this action. The parties have advised the Court that Defendant, Danny M. Keyser, already deposited the aforementioned funds into Stroup & Martin, P.A.'s Trust Account.

    4. The U.S. Marshal is hereby ordered to release the *M/V White Pearl* from arrest and is further instructed to contact the Substitute Custodian, National Maritime Services, and have them release the vessel to Danny M. Keyser.

5. Stroup & Martin, P.A. is hereby ordered to pay the Substitute Custodian, National Maritime Services, the sum of $1,680.00 to pay for its substitute custodial fees.

6. Stroup & Martin, P.A. is authorized to pay the sum of $1,748.00 to Arnstein & Lehr, LLP for its attorney's fees and costs in representing KeyBank National Association in this action.

7. Stroup & Martin, P.A. is authorized to pay the sum of $5,815.00 to Stroup & Martin, P.A. for its attorney's fees and court costs in representing KeyBank National Association in this action. (Note: The aforementioned sum encompasses $5,425.00 for Stroup & Martin's attorney's fees; $350.00 for the court filing fee and $40.00 for the process server's fee = $5,815.00.)

8. Stroup & Martin, P.A. is authorized to pay $475.30 to Arnstein & Lehr, LLP as reimbursement for the expenses that Arnstein & Lehr, LLP paid the U.S. Marshal for arresting the vessel. In particular, Arnstein & Lehr, LLP provided the U.S. Marshal with a cashier's check in the amount of $2,500.00 at the beginning of the case as a deposit to cover the Marshal's expenses. The Marshal's expenses that were actually incurred in this action consist of: (a) $220.00 for the deputy's time in going out to arrest the *White Pearl*; (b) $15.30 is for the deputy's mileage; and (c) $240.00 for the Marshal's liability insurance premiums ($6.00 per day) paid while the vessel is under arrest up to and including October 22, 2012.

9. The U.S. Marshal shall send a check made payable to "Arnstein & Lehr, LLLP" in the amount of $2,024.70 as a refund of the unused portion of the $2,500.00 deposit to the following person:

> John M. Cooney, Esq.
> Arnsten & Lehr, LLP
> 200 East Las Olas Blvd., Suite 1700
> Fort Lauderdale, FL.  33301-2299

The aforementioned sum represents the balance of the initial $2,500.00 retainer that Arnstein & Lehn, LLLP advanced on behalf of KeyBank to expedite the arrest of the vessel.

10. Finally, the Court approves of and acknowledges Danny M. Keyser's covenant not to sue the U.S. Marshal, National Maritime Services, KeyBank National Association or their respective directors, officers, employees, deputies, agents or attorneys for any type of damages relating to this admiralty action and/or the arrest of the *M/V White Pearl*.

11. The Clerk shall **CLOSE** this case. All remaining pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in Chambers, at Miami, Florida, on October 22, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

*Copies to:*
Counsel of Record